Joyce W. Lindauer
State Bar No. 21555700
Sarah Cox
California State Bar No. 245475
Jamie Kirk
State Bar No. 24076485
Joyce W. Lindauer Attorney, PLLC
12720 Hillcrest Road, Suite 625
Dallas, Texas 75230
Telephone: (972) 503-4033
Facsimile: (972) 503-4034
ATTORNEYS FOR DEBTORS

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION**

| | | |
|---|---|---|
| **IN RE:** | § | |
| | § | |
| **AGAP LIFE OFFERINGS, LLC[1],** | § | **CASE NO. 16-40520-btr** |
| | § | |
| **Debtors.** | § | **(Jointly Administered Under** |
| | § | **Case No. 16-40520-btr)** |

**DEBTORS' APPLICATION FOR ORDER AUTHORIZING
THE EMPLOYMENT OF BILL SHORT, CPA AS
CHIEF RESTRUCTURING OFFICER**

**NO HEARING WILL BE CONDUCTED ON THIS APPLICATION UNLESS A WRITTEN OBJECTION IS FILED WITH THE CLERK OF THE UNITED STATES BANKRUPTCY COURT AND SERVED UPON THE PARTY FILING THIS PLEADING WITHIN FOURTEEN (14) DAYS FROM THE DATE OF SERVICE UNLESS THE COURT SHORTENS OR EXTENDS THE TIME FOR FILING SUCH OBJECTION. IF NO OBJECTION IS TIMELY SERVED AND FILED, THIS APPLICATION SHALL BE DEEMED TO BE UNOPPOSED, AND THE COURT MAY ENTER AN ORDER GRANTING THE RELIEF SOUGHT. IF AN OBJECTION IS FILED AND SERVED IN A TIMELY MANNER, THE COURT WILL THEREAFTER SET A HEARING UNLESS IT DETERMINES THAT AN EVIDENTIARY HEARING IS NOT REQUIRED AND THAT THE COURT'S DECISION WOULD NOT BE SIGNIFICANTLY AIDED BY ORAL ARGUMENT. IF YOU FAIL TO APPEAR AT ANY SCHEDULED HEARING, YOUR OBJECTION MAY BE STRICKEN. THE COURT RESERVES THE RIGHT TO SET A HEARING ON ANY MATTER.**

---

[1] The jointly administered cases include AGAP Life Offerings, LLC, Case No. 16-40520-btr; AGAP LS 309, LLC, Case No. 16-40521-btr; AGAP LS 108, LLC, Case No. 16-40529-btr; AGAP LS 109, LLC, Case No. 16-40530-btr; AGAP LS 209, LLC, Case No. 16-40531-btr; and AGAP LS 509, LLC, Case No. 16-40532-btr.

Debtors' Application for Order Authorizing the Employment
of Bill Short, CPA as Chief Restructuring Officer
Page 1

**TO THE HONORABLE UNITED STATES BANKRUPTCY JUDGE:**

COME NOW, AGAP Life Offerings, LLC, AGAP LS 309, LLC, AGAP LS 108, LLC, AGAP LS 109, LLC, AGAP LS 209, LLC and AGAP LS 509, LLC ("Debtors"), the Debtors and Debtors-in-Possession in the above-styled and numbered case, and file this their application for entry of an order authorizing the employment of Bill Short, CPA as chief restructuring officer and financial consultant ("CRO") for the Debtors as of July 11, 2016, and in support of same would respectfully show the Court as follows:

## I.     JURISDICTION

1.     This Court has jurisdiction to consider this matter pursuant to 28 U.S.C. § 1334. Consideration of this action is a core proceeding pursuant to 28 U.S.C. § 157(b).  Venue is proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409.

## II.     PROCEDURAL BACKGROUND

2.     Debtors AGAP Life Offerings, LLC and AGAP LS 309, LLC filed their voluntary petitions under Chapter 11, Title 11, of the United States Bankruptcy Code on March 24, 2016, in the United States Bankruptcy Court for the Eastern District of Texas, Sherman Division.  Debtors AGAP LS 108, LLC, AGAP LS 109, LLC, AGAP LS 209, LLC and AGAP LS 509, LLC filed their voluntary petitions under Chapter 11, Title 11, of the United States Bankruptcy Code on March 25, 2016, in the United States Bankruptcy Court for the Eastern District of Texas, Sherman Division.

3.     The Debtors own life insurance policies.  No trustee, examiner, or official committee has been appointed in the Bankruptcy Case.  A motion to appoint a trustee is currently pending.

Debtors' Application for Order Authorizing the Employment
of Bill Short, CPA as Chief Restructuring Officer
Page 2

Case 16-40520    Doc 79    Filed 07/11/16    Entered 07/11/16 17:03:29    Desc Main
Document    Page 3 of 36


4.      As a result of the interest being expressed by certain creditors of the Debtors and the Office of the U.S. Trustee that a neutral third party be retained in these cases, the Debtors through the assistance of the ad hoc committees formed in each of the cases, has researched and selected Mr. Short to step in as CRO.  The Debtors believe that this is a far better result than the appointment of a Trustee in these cases and will facilitate the goals of the creditors, will assist in operations and the formulation of a Plan and will save money for the estates as the fees to be charged by Mr. Short are reasonable and subject to Court approval.

### III.      BASIS FOR RETENTION OF BILL SHORT AS CRO

5.      In support of this Application, the Debtor relies upon the Declaration of Bill Short (the "Declaration"), attached hereto as **Exhibit "A"** and incorporated as if fully set forth herein. Attached to the Declaration is the proposed Engagement Agreement and Resume for Mr. Short.

6.      Subject to the approval of this Court, the Debtors seek to employ Bill Short as CRO, under the terms set forth in this Application.

7.      Mr. Short provides financial consulting services to businesses.

8.      The Debtors anticipate that Bill Short may render, without limitation, the following accounting and financial advisory services in the Bankruptcy Case:

Bill Short may provide the financial advisory services as CRO (the "Services") to the Company, which include:

- Preparation of amendments to schedules and the statement of financial affairs and monthly operating reports to support the Chapter 11 case administration;
- Review and assess cash flow forecasting and projection processes, and the monitoring of actual cash flow versus projections;
- Prepare updated cash flow projections as needed to be filed with the court;
- Assist in preparing and assembling information for exhibits to motions for relief that may be filed with the court;
- Provide testimony in bankruptcy court hearings as required;
- Administer post-petition banking facilities;

Debtors' Application for Order Authorizing the Employment
of Bill Short, CPA as Chief Restructuring Officer
Page 3

- Review ongoing strategic initiatives and assess financial and liquidity impact;
- Negotiate/Communicate with lenders, creditors and stakeholders during the bankruptcy proceeding;
- Coordinate sales of assets, as may be required;
- Direct operations with management including oversight and approval of disbursements, and approval of all contracts and administrative services;
- Preparation of periodic progress reports and review financial results with stakeholders and lenders;
- Engage personnel and professionals as may be required for orderly administration of bankruptcy case and the Company; and
- Such other duties as mutually agreed upon or otherwise approved by the Court.

For purposes of performing the Services, the CRO shall be given full and complete access to the Debtor's premises, books, records, and computer systems, and the CRO will take steps where he deems necessary to document and establish procedures and routines in order to assure uninterrupted and accurate reporting to stakeholders.  Additionally, the CRO expects to get assistance from Jeffrey and Charles Madden, the Managers of AGAP in the performance of his services as CRO.

The proposed engagement agreement is attached to the Declaration of Mr. Short and incorporated herein by this reference as if set forth in full for all purposes.

9.      Subject to this Court's approval of the Application, Mr. Short is willing to serve as CRO for the Debtors and to perform the services described herein.

10.     Mr. Short has the necessary financial background to deal effectively with many of the needs that may arise in the context of the Debtors' reorganization.  Given Mr. Short's background and experience, the Debtors believe that this individual and his firm are well-qualified and uniquely able to provide services to it in this Bankruptcy Case in the most efficient and timely manner.

11.     Mr. Short will maintain detailed, contemporaneous records of time and any actual and necessary expenses incurred in connection with the rendering of his services and related

Debtors' Application for Order Authorizing the Employment
of Bill Short, CPA as Chief Restructuring Officer
Page 4

services for the Debtors by company as described in the Engagement Agreement attached to the Declaration and pursuant to the applicable guidelines of the Court.

12.    Mr. Short was not employed pre-petition by the Debtors and therefore does not have a pre-petition balance due from the Debtors.

13.    The compensation to be paid to Mr. Short shall be as follows:

Bill Short                $175.00 per hour

A retainer of $5,000.00 will be payable upon approval of this Application by the Bankruptcy Court and will be applied to billings for services provided under the Engagement Agreement and as approved by the Bankruptcy Court.

14.    To the best of the Debtors' knowledge, Mr. Short does not have any connection with, or any interest adverse to, the Debtors, the Debtors' estates, the Debtors' significant creditors, or other party-in-interest as set forth in the Declaration.  The Debtors further believes that Bill Short is a "disinterested person," as such term is defined in section 101(14) of the Bankruptcy Code (as modified by section 1107(b) of the Bankruptcy Code) and as required under section 327(a) of the Bankruptcy Code.

15.    Bill Short intends to apply to this Court for allowance on an interim and final basis of compensation for services rendered and reimbursement of expenses in accordance with the applicable provisions of the Bankruptcy Code, the Bankruptcy Rules, the Local Bankruptcy Rules, and any applicable orders of the Court.

## IV.    AUTHORITY FOR RELIEF

16.    The Bankruptcy Code authorizes a debtor-in-possession, with the Court's approval, to "employ one or more attorneys, accountants, appraisers, auctioneers or other professional persons, that do not hold or represent an interest adverse to the estate, and that are disinterested

Debtors' Application for Order Authorizing the Employment
of Bill Short, CPA as Chief Restructuring Officer
Page 5

persons, to represent or assist the trustee in carrying out the trustee's duties under this title." 11 U.S.C § 327(a). As supported by the Declaration, the Debtors believe Bill Short is appropriate to serve as the Debtors' CRO under section 327(a).

17.     Furthermore, section 328(a) of the Bankruptcy Code provides that a debtor "with the court's approval, may employ or authorize the employment of a professional person under section 327 . . . on any reasonable terms and conditions of employment, including on a retainer, on an hourly basis, or on a contingent fee basis." 11 U.S.C § 328(a). The Debtors believe that Mr. Short's rates are reasonable and comparable to the rates that would be charged by other financial firms providing the same services in the Eastern District of Texas.

## V.    PRAYER

WHEREFORE, PREMISES CONSIDERED, the Debtors respectfully request entry of an order (i) approving the Debtors' retention of Bill Short to serve as CRO for the Debtors pursuant to sections 327(a) and 328(a) of the Bankruptcy Code, and (ii) granting the Debtors such other and further relief as is just and proper.

Dated: July 11, 2016.

Respectfully submitted,

 _/s/ Joyce W. Lindauer_
Joyce W. Lindauer
State Bar No. 21555700
Sarah Cox
California State Bar No. 245475
Jamie Kirk
State Bar No. 24076485
Joyce W. Lindauer Attorney, PLLC
12720 Hillcrest Road, Suite 625
Dallas, Texas 75230
Telephone: (972) 503-4033
Facsimile: (972) 503-4034
ATTORNEYS FOR DEBTORS

Debtors' Application for Order Authorizing the Employment
of Bill Short, CPA as Chief Restructuring Officer
Page 6

## <u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies that on July 11, 2016, a true and correct copy of the foregoing Application has been served via United States first class mail, postage prepaid, to all parties on the attached mailing matrix.

*/s/ Joyce W. Lindauer*
Joyce W. Lindauer

Debtors' Application for Order Authorizing the Employment
of Bill Short, CPA as Chief Restructuring Officer
Page 7

Label Matrix for local noticing
0540-4
Case 16-40520
Eastern District of Texas
Sherman
Mon Jul 11 16:42:21 CDT 2016

AGAP LS 409, LLC
c/o Lusky & Associates, PC
12720 Hillcrest Rd., Ste. 270
Dallas, TX 75230-2158

AGAP Life Offerings, LLC
5605 FM 423
Suite 500-123
Frisco, TX 75034-8960

Ad Hoc Investor Committe For AGAP LS 309
Nicholas F. Leber
4601 Kaitlyn Ln.
Grapvine, TX TX 76051-8433

Attorney General of Texas
Bankruptcy Division
PO Box 12548
Austin, TX 78711-2548

Charles McWilliams
1100 Blue Stem Back Road
Oklahoma City, Oklahoma 73162

J. Mark Chevallier
McGuire, Craddock & Strother, P.C.
2501 N. Harwood, Suite 1800
Dallas, TX 75201-1613

(p)TEXAS COMPTROLLER OF PUBLIC ACCOUNTS
REVENUE ACCOUNTING DIV - BANKRUPTCY SECTION
PO BOX 13528
AUSTIN TX 78711-3528

Green Bank, N.A.
c/o Gardere Wynne Sewell LLP
1601 Elm Street
Suite 3000
Dallas, TX 75201-4757

Internal Revenue Service
Centralized Insolvency
PO Box 7346
Philadelphia, PA  19101-7346

Internal Revenue Service
Mail Code DAL-5020
1100 Commerce Street
Dallas, Texas 75242-1100

J. Mark Chevallier, Esq.
James G. Rea, Esq.
McGuire, Craddock & Strother, P.C.
2501 N. Harwood, Suite 2500
Dallas, TX 75201-1615

Nancy Kennedy
15851 Big Horn Tr.
Frisco, TX 75035-6643

Rachel Kingrey
Gardere Wynne Sewell LLP
1601 Elm St., Ste. 3000
Dallas, TX 75201-4761

Leonard Allgood
510 Maumee Rd.
Waxahachie, TX 75165-6451

Leslie Cullers, on behalf of Grace Pearl
c/o George (Tex) Quesada
Sommerman McCaffity & Quesada LLP
3811 Turtle Creek Blvd., Suite 1400
Dallas, TX 75219-4492

Joyce W. Lindauer
12720 Hillcrest Road
Suite 625
Dallas, TX 75230-2163

Linebarger Goggan Blair & Sampson
2777 N. Stemmons Freeway
Suite 1000
Dallas, TX 75207-2328

Sheri Lundberg
2521 Saddlehorn Dr.
Little Elm, TX 75068-5641

Herman A. Lusky
12720 Hillcrest Rd., Ste. 270
Dallas, TX 75230-2158

Kenneth J. McGovern
c/o the Wiley Law Group
325 North St Paul Street
Suite 4400
Dallas, Te  75201-3880

Mark C. Moore
Gardere Wynne Sewell LLP
1601 Elm St., Ste. 3000
Dallas, TX 75201-4761

Nancy Kennedy
15851 Big Horn Trail
Frisco, TX 75035-6643

James G. Rea
McGuire, Craddock & Strother, P.C.
2501 N. Harwood, Suite 1800
Dallas, TX 75201-1613

Marcus Salitore
US Trustee Office
110 N. College Ave., Room 300
Tyler, TX 75702-7231

Texas Workforce Commission
101 East 15th Street
Austin, TX 78778-0001

U. S. Attorney
110 N. College Ave.
Suite 700
Tyler, TX 75702-0204

U. S. Trustee's Office
110 N. College Street
Suite 300
Tyler, TX 75702-7231

U.S. Attorney General
Department of Justice
Main Justice Building
10th & Constitution Ave., NW
Washington, DC 20530-0001

US Trustee
Office of the U.S. Trustee
110 N. College Ave.
Suite 300
Tyler, TX 75702-7231

WELLS FARGO BANK, N.A
PO BOX 29482
PHOENIX AZ 85038-9482

Wayne D. Stranger
2520 Skiles Dr
Plano,TX 75075-7414

Kevin S. Wiley Jr.
Law Offices of Kevin S. Wiley Jr
2700 Fairmount Street
Suite 120
Dallas, TX 75201-2093

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).


Comptroller of Public Accts
Rev Acctg Div/Bankruptcy Dept
PO BOX 13528
Austin, TX 78711



The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.


(u)3:10 Capital Investments, LP

(u)AD Hoc Investor 509

(u)Ad Hoc Investor Committe For AGAP LS 109


(u)Ad Hoc Investor Committe For Agap LS 209

(d)Leonard Allgood
510 Maumee Rd.
Waxahachie, TX 75165-6451

(d)Leonard Allgood
510 Maumee Rd.
Waxahachie,TX 75165-6451


(u)Charles McWilliams

(d)Sheri Lundberg
2521 Saddlehorn Drive
Little Elm TX 75068-5641

End of Label Matrix
Mailable recipients    32
Bypassed recipients     8
Total                  40

Label Matrix for local noticing
0540-4
Case 16-40529
Eastern District of Texas
Sherman
Mon Jul 11 16:52:03 CDT 2016

3:10 Capital Investments
P.O. Box 2525
Fort Worth, TX 76113-2525

AGAP LS 108, LLC
5605 FM 423
Suite 500-123
Frisco, TX 75034-8960

AGAP LS 409, LLC
c/o Lusky & Associates, PC
12720 Hillcrest Rd., Ste. 270
Dallas, TX 75230-2158

AGAP LS 409, LLC
5605 FM 423, Ste. 500-13
Frisco, TX 75034-8960

AGAP Life Offerings, LLC
5605 FM 423
Suite 500-123
Frisco, TX 75034-8960

AGAP Life Offerings, LLC
10567 Buccaneer Point
Frisco, TX 75034-9263

Attorney General of Texas
Bankruptcy Division
PO Box 12548
Austin, TX 78711-2548

Michael Boles
6704 Springwood Cr.
Texarkana, TX 75503-0578

SuAnn Boles
6704 Springwood Cr.
Texarkana, TX 75503-0578

Charles D. Madden
10567 Buccaneer Point
Frisco, TX 75034-9263

J. Mark Chevallier
McGuire, Craddock & Strother, P.C.
2501 N. Harwood, Suite 1800
Dallas, TX 75201-1613

Roy Clark
6106 CR 437
Princeton, TX 75407-4558

(p)TEXAS COMPTROLLER OF PUBLIC ACCOUNTS
REVENUE ACCOUNTING DIV - BANKRUPTCY SECTION
PO BOX 13528
AUSTIN TX 78711-3528

Michael Dallas
2740 SH 276
Suite 100-36
Rockwall, TX 75032

Steve Dallas
107 Jerome Prairie
Royce City, TX 75189-4725

Daniel Harkins
1623 Sutters Mill Drive
Carrollton, TX 75007-5117

James P. Davitt
6659 Lakeridge Dr.
Texarkana, TX 75503-1923

Douglas Powell
5823 Coolwater Cove
Dallas, TX 75252-4901

Noel Funderburk
3532 Spring Valley Dr.
Bedford, TX 76021-2226

Sandra Funderburk
3532 Spring Valley Dr.
Bedford, TX 76021-2226

Grace Pearl
3316 Landershire
Plano, TX 75023-6217

William Green
4524 Southgate Dr.
Plano, TX 75024-2137

Green Bank
4000 Green Briar
Houston, TX 77098-5204

Green Bank, N.A.
c/o Gardere Wynne Sewell LLP
1601 Elm Street
Suite 3000
Dallas, TX 75201-4757

Mary Barnhisel Griffin
RR2, Box 526
Cleveland, OK 74020

Daniel Hankins
1623 Sutters Mill Dr.
Carrollton, TX 75007-5117

Internal Revenue Service
Centralized Insolvency
PO Box 7346
Philadelphia, PA  19101-7346

Internal Revenue Service
Mail Code DAL-5020
1100 Commerce Street
Dallas, Texas 75242-1100

J. Mark Chevallier, Esq.
James G. Rea, Esq.
McGuire, Craddock & Strother, P.C.
2501 N. Harwood, Suite 2500
Dallas, TX 75201-1615

Jeffrey N. Madden
11180 Windjammer Drive
Frisco, TX 75034-9268

Kim Boyd
4220 Stanford
Dallas, TX 75225-6931

Rachel Kingrey
Gardere Wynne Sewell LLP
1601 Elm St., Ste. 3000
Dallas, TX 75201-4761


Joyce W. Lindauer
12720 Hillcrest Road
Suite 625
Dallas, TX 75230-2163

Linebarger Goggan Blair & Sampson
2777 N. Stemmons Freeway
Suite 1000
Dallas, TX 75207-2328

Herman A. Lusky
12720 Hillcrest Rd., Ste. 270
Dallas, TX 75230-2158


Mary Barnhisel Griffin
50304 South 36500 Road
Cleveland,Oklahoma 74020-7136

Michael Glen Boles
6704 Springwood Circle
Texarkana, TX 75503-0578

Scott Mills
849 Twin Oaks
Wylie, TX 75098-5435


Mark C. Moore
Gardere Wynne Sewell LLP
1601 Elm St., Ste. 3000
Dallas, TX 75201-4761

James G. Rea
McGuire, Craddock & Strother, P.C.
2501 N. Harwood, Suite 1800
Dallas, TX 75201-1613

Marcus Salitore
US Trustee Office
110 N. College Ave., Room 300
Tyler, TX 75702-7231


Steve Dallas
107 Jerome Prairie
Royse City, TX 75189-4725

SuAnn Boles
6704 Springwood Circle
Texarkana, TX 75503-0578

Texas Workforce Commission
101 East 15th Street
Austin, TX 78778-0001


U. S. Attorney
110 N. College Ave.
Suite 700
Tyler, TX 75702-0204

U. S. Trustee's Office
110 N. College Street
Suite 300
Tyler, TX 75702-7231

U.S. Attorney General
Department of Justice
Main Justice Building
10th & Constitution Ave., NW
Washington, DC 20530-0001


US Trustee
Office of the U.S. Trustee
110 N. College Ave.
Suite 300
Tyler, TX 75702-7231



The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).


Comptroller of Public Accts
Rev Acctg Div/Bankruptcy Dept
PO BOX 13528
Austin, TX 78711



The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(d)3:10 Capital Investments
P.O. Box 2525
Fort Worth, TX 76113-2525

(u)3:10 Capital Investments LP

(d)James P. Davitt
6659 Lakeridge Drive
Texarkana, TX 75503-1923

(d)Kim Lopez
4220 Stanford
Dallas, TX 75225-6931

(d)Michael Dallas
2740 SH 276
Suite 100-36
Rockwall, TX 75032

(d)Noel Funderburk
3532 Spring Valley Drive
Bedford, TX 76021-2226

(d)Grace Pearl
3316 Landershire
Plano, TX 75023-6217

(d)Douglas Powell
5823 Coolwater Cove
Dallas, TX 75252-4901

(d)Roy Clark
6106 CR 437
Princeton, TX 75407-4558

(d)Sandra Funderburk
3532 Spring Valley Drive
Bedford, TX 76021-2226

(d)Scott Mills
849 Twin Oaks
Wylie, TX 75098-5435

(d)William Green
4524 Southgate Drive
Plano, TX 75024-2137

End of Label Matrix
Mailable recipients    48
Bypassed recipients    12
Total                  60

Label Matrix for local noticing
0540-4
Case 16-40530
Eastern District of Texas
Sherman
Mon Jul 11 16:52:48 CDT 2016

3:1 Capital Investments
P.O. Box 2525
Fort Worth, TX 76113-2525

AGAP LS 109, LLC
5605 FM 423
Suite 500-123
Frisco, TX 75034-8960

AGAP LS 409, LLC
c/o Lusky & Associates, PC
12720 Hillcrest Rd., Ste. 270
Dallas, TX 75230-2158

AGAP LS 409, LLC
5605 FM 423, Ste. 500-123
Frisco, TX 75034-8960

AGAP Life Offerings, LLC
5605 FM 423
Suite 500-123
Frisco, TX 75034-8960

AGAP Life Offerings, LLC
10567 Buccaneer Point
Frisco, TX 75034-9263

Edward Ables
643 North Main St.
Paris, TX 75460-4278

Attorney General of Texas
Bankruptcy Division
PO Box 12548
Austin, TX 78711-2548

Barbara Copeland
5455 La Sierra Drive
Dallas, TX 75231-4178

Billy Joe Ross
110 Cayuga Trail
Lake Kiowa, TX 76240-9223

SuAnn Boles
6704 Springwood Cr.
Texarkana, TX 75503-0578

C. Duane Bryan
10070 Winchester Wood
Naples, FL 34109-1666

Alonzo Z. Casas
Aldridge Pite, LLP
4375 Jutland Dr.
San Diego, CA 92117-3600

Charles D. Madden
10567 Buccaneer Point
Frisco, TX 75034-9263

Charles Madden
10567 Buccaneer Point
Frisco, TX 75034-9263

J. Mark Chevallier
McGuire, Craddock & Strother, P.C.
2501 N. Harwood, Suite 1800
Dallas, TX 75201-1613

Henry Willis Choate
P.O. Box 507
Marietta, OK 73448-0507

Roy Clark
6106 CR 437
Princeton, TX 75407-4558

(p)TEXAS COMPTROLLER OF PUBLIC ACCOUNTS
REVENUE ACCOUNTING DIV - BANKRUPTCY SECTION
PO BOX 13528
AUSTIN TX 78711-3528

Darrell Campbell
2102 Hickory Hills Road
Florence, AL 35630-2734

James P. Davitt
6659 Lakeridge Dr.
Texarkana, TX 75503-1923

John E. Delhagen
1304 Glenfield Ct.
Round Rock, TX 78665-1242

Dennis Renfro
5017 Hopewell Drive
Garland, TX 75043-1741

Edward Ables
643 North Main Street
Paris, X  75460-4278

Gary Hughes
2906 Queens Way
Thousand Oaks, CA 91362-5342

Green Bank
4000 Green Briar
Houston, TX 77098-5204

Green Bank, N.A.
c/o Gardere Wynne Sewell LLP
1601 Elm Street
Suite 3000
Dallas, TX 75201-4757

Gregory R. Heintz
3735 7th Avenue S.W.
Naples, FL 34117-4151

Heather Weisz
8662 County Road 133
Celina, TX 75009-2924

Gregory Heintz
3735 7th Ave.., S.W.
Naples, FL 34117-4151

Internal Revenue Service
Centralized Insolvency
PO Box 7346
Philadelphia, PA  19101-7346

Internal Revenue Service
Mail Code DAL-5020
1100 Commerce Street
Dallas, Texas 75242-1100


J. Mark Chevallier, Esq.
James G. Rea, Esq.
McGuire, Craddock & Strother, P.C.
2501 N. Harwood, Suite 2500
Dallas, TX 75201-1615

Jared LeClair
P.O. Box 84
Tioga, TX 76271-0084

Jeffrey N. Madden
11180 Windjammer Drive
Frisco, TX 75034-9268


John E. Delhagen
1304 Glenfield Court
Round Rock, TX 78665-1242

John Mahlenkamp, Jr.
3409 Apple Blossom Lane
McKinney, TX 75070-7657

Judith (Chris) Cleminson (Hill)
2385 Davis Blvd.
Naples, FL 34104-4200


Judith Campbell
2102 Hickory Hills Road
Florence, AL 35630-2734

Kim Lopez
4220 Stanford
Dallas, TX 75225-6931

Rachel Kingrey
Gardere Wynne Sewell LLP
1601 Elm St., Ste. 3000
Dallas, TX 75201-4761


Leon Levin
5007 Forest Bend Rd.
Dallas, TX 75244-6514

Joyce W. Lindauer
12720 Hillcrest Road
Suite 625
Dallas, TX 75230-2163

Linebarger Goggan Blair & Sampson
2777 N. Stemmons Freeway
Suite 1000
Dallas, TX 75207-2328


Luis Quiroga
6830 Lee Meadow Drive
Frisco, TX 75035-7442

Herman A. Lusky
12720 Hillcrest Rd., Ste. 270
Dallas, TX 75230-2158

Neil Lyon
120 King Richard Rd.
Starkville, MS 39759-3849


Paul Lyon
506 CR 441
Greenwood, MS 38930-5139

Mark C. Moore
Gardere Wynne Sewell LLP
1601 Elm St., Ste. 3000
Dallas, TX 75201-4761

Thomas W. Moore
10101 SW Freeway
Suite 105
Houston, TX 77074-1100


Thomas Moore/Barbara Moore
35 Turtle Creek
Sugarland, TX 77479-5944

Nancy Kennedy
15851 Big Horn Trail
Frisco, TX 75035-6643

Nell Lyon
120 King Richard Rd.
Starkville, MS 39759-3849


Ocwen Loan Servicing, LLC
c/o Aldridge Pite, LLP
4375 Jutland Drive, Suite 200
PO Box 17933
San Diego, CA 92177-7921

James G. Rea
McGuire, Craddock & Strother, P.C.
2501 N. Harwood, Suite 1800
Dallas, TX 75201-1613

Marcus Salitore
US Trustee Office
110 N. College Ave., Room 300
Tyler, TX 75702-7231


Terry Shear
584 Trust Dr.
Bayfield, CA 81122

SuAnn Boles
6704 Springwood Circle
Texarkana, TX 75503-0578

Susan Choate
P.O. Box 507
Marietta, OK 73448-0507

Terry Shear
564 Trust Drive
Bayfield, CA 81122-9235

Texas Workforce Commission
101 East 15th Street
Austin, TX 78778-0001

U. S. Attorney
110 N. College Ave.
Suite 700
Tyler, TX 75702-0204

U. S. Trustee's Office
110 N. College Street
Suite 300
Tyler, TX 75702-7231

U.S. Attorney General
Department of Justice
Main Justice Building
10th & Constitution Ave., NW
Washington, DC 20530-0001

US Trustee
Office of the U.S. Trustee
110 N. College Ave.
Suite 300
Tyler, TX 75702-7231

William Roberson
7266 Kenny Lane
Dallas, TX 75230-3100

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Comptroller of Public Accts
Rev Acctg Div/Bankruptcy Dept
PO BOX 13528
Austin, TX 78711

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(d)3:10 Capital Investments
P.O. Box 2525
Fort Worth, TX 76113-2525

(u)3:10 Capital Investments, LP

(d)C. Duane Bryan
10070 Winchester Wood
Naples, FL 34109-1666

(u)Charles McWilliams

(d)Barbara Copeland
5455 La Sierra Dr.
Dallas, TX 75231-4178

(d)Edward Ables
643 North Main Street
Paris, TX 75460-4278

(d)Henry Willis Choate
P.O. Box 507
Marietta, OK 73448-0507

(d)Gary Hughes
2906 Queens Way
Thousand Oaks, CA 91362-5342

(d)James P. Davitt
6659 Lakeridge Drive
Texarkana, TX 75503-1923

(d)Kim Lopez
4220 Stanford
Dallas, TX 75225-6931

(d)Charles Madden
10567 Buccaneer Point
Frisco, TX 75034-9263

(d)John Mahlenkamp Jr.
3409 Apple Blossom Ln.
McKinney, TX 75070-7657

(d)Paul Lyon
506 CR 441
Greenwood, MS 38930-5139

(d)Dennis Renfro
5017 Hopewell Dr.
Garland, TX 75043-1741

(d)Billy Joe Ross
110 Cayuga Trail
Lake Kiowa, TX 76240-9223

(d)Roy Clark
6106 CR 437
Princeton, TX 75407-4558

(d)Thomas Moore
Barbara Moore
35 Turtle Creek
Sugarland, TX 77479-5944

(d)Thomas W. Moore
10101 SW Freeway
Suite 105
Houston, TX 77074-1100

End of Label Matrix
Mailable recipients    66
Bypassed recipients    18
Total                  84

Label Matrix for local noticing
0540-4
Case 16-40531
Eastern District of Texas
Sherman
Mon Jul 11 16:53:25 CDT 2016

3:10 Capital Investments
P.O. Box 2525
Fort Worth, TX 76113-2525

AGAP LS 209, LLC
5605 FM 423
Suite 500-123
Frisco, TX 75034-8960

AGAP LS 409, LLC
c/o Lusky & Associates, PC
12720 Hillcrest Rd., Ste. 270
Dallas, TX 75230-2158

AGAP LS 409, LLC
5605 FM 423, Ste. 500-123
Frisco, TX 75034-8960

AGAP Life Offerings, LLC
5605 FM 423
Suite 500-123
Frisco, TX 75034-8960

AGAP Life Offerings, LLC
10567 Buccaneer Point
Frisco, TX 75034-9263

Thurman Alexander
4910 Dublin Creek Ln.
Parket, TX 75002

Attorney General of Texas
Bankruptcy Division
PO Box 12548
Austin, TX 78711-2548

Bedford Combs
1004 Cumberland Park Drive
Franklin, TN 37069-5107

Billy Joe Ross
110 Cayuga Trail
Lake Kiowa, TX 76240-9223

Robert Bowie
4618 San Gabriel
Dallas, TX 75229-4231

Charles D. Madden
10567 Buccaneer Point
Frisco, TX 75034-9263

Charles Shaver
1609 Alder Drive
Montrose, CO 81401-5791

J. Mark Chevallier
McGuire, Craddock & Strother, P.C.
2501 N. Harwood, Suite 1800
Dallas, TX 75201-1613

(p)TEXAS COMPTROLLER OF PUBLIC ACCOUNTS
REVENUE ACCOUNTING DIV - BANKRUPTCY SECTION
PO BOX 13528
AUSTIN TX 78711-3528

Shirley Conyers
583 Rustic Oaks Rd.
Seagoville, TX 75159

Dean Spingola
2105 Estes Park Road
Southlake, TX 76092-3836

Paula Dennie
195 FM Highway 3039
Seagoville, TX 75159

Elizabeth Morton
1516 W. Hononegh Drive
Phoenix, AZ 85027-3555

Linda Embry
7459 Havenridge Lane
Kaufman, TX 75142-7150

Enrico Lelina
220 Prism Lane
McKinney, TX 75070-5869

Glynna Pinkard
2506 Canyon Creek Drive
Richardson, TX 75080-2106

Green Bank
4000 Green Briar
Houston, TX 77098-5204

Green Bank, N.A.
c/o Gardere Wynne Sewell LLP
1601 Elm Street
Suite 3000
Dallas, TX 75201-4757

Harry Berg
1403 Woodoak Drive
Richardson, TX 75082-4505

James Heltcel
184 Hirth
Crowley, TX 76036-3672

Mark Holley
124 Spring Branch Rd.
Tool, TX 75143-8499

Susan Holley
18351 Frankford Lake Cr.
Dallas, TX 75252-7949

Internal Revenue Service
Centralized Insolvency
PO Box 7346
Philadelphia, PA  19101-7346

Internal Revenue Service
Mail Code DAL-5020
1100 Commerce Street
Dallas, Texas 75242-1100

Paula Izzard
4420 Cedarbrush Dr.
Dallas, TX 75229-2901

J. Mark Chevallier, Esq.
James G. Rea, Esq.
McGuire, Craddock & Strother, P.C.
2501 N. Harwood, Suite 2500
Dallas, TX 75201-1615

Jeffrey N. Madden
11180 Windjammer Drive
Frisco, TX 75034-9268

John McDonell
525 York Road
Combine, TX 75159-5843

Stoney Johnson
3007 Azle Highway
Weatherford, TX 76085-8933

Joseph Jenkins
2109 Castle Creek Drive
Mansfield, TX 76063-5331

Nancy Kennedy
8808 Wakefield Dr.
McKinney, TX 75070

Rachel Kingrey
Gardere Wynne Sewell LLP
1601 Elm St., Ste. 3000
Dallas, TX 75201-4761

Lynette Leber
4601 Kaitlyn Ln.
Grapevine, TX 76051-8433

Nicholas Leber
4601 Kaitlyn Ln.
Grapevine, TX 76051-8433

Joyce W. Lindauer
12720 Hillcrest Road
Suite 625
Dallas, TX 75230-2163

Linebarger Goggan Blair & Sampson
2777 N. Stemmons Freeway
Suite 1000
Dallas, TX 75207-2328

Lonnie Tucker
505 Simons
Waco, TX 76706-5830

Luis Lopez
4220 Stanford Ave.
Dallas, TX 75225-6931

Herman A. Lusky
12720 Hillcrest Rd., Ste. 270
Dallas, TX 75230-2158

Margaret Diana Cawthorn
1101 Princeton Drive
Richardson, TX 75081-3616

Mary Jo Streib
9701 Ravensway
Benbrook, TX 76126-3137

John McDonell
525 York Rd.
Seagoville, TX 75159-5843

Patricia McDonnell
525 York Rd.
Seagoville, TX 75159-5843

Mark C. Moore
Gardere Wynne Sewell LLP
1601 Elm St., Ste. 3000
Dallas, TX 75201-4761

Nancy Kennedy
8608 Wakefield Drive
McKinney, TX 75070-4854

Patricia McDonell
525 York Road
Combine, TX 75159-5843

James G. Rea
McGuire, Craddock & Strother, P.C.
2501 N. Harwood, Suite 1800
Dallas, TX 75201-1613

Richard Hanson
2879 Remington Road
The Villages, FL 32162-3310

Marcus Salitore
US Trustee Office
110 N. College Ave., Room 300
Tyler, TX 75702-7231

Shirley Conyers
585 Rustic Oaks Road
Seagoville, TX 75159-5613

Susan Holley
18351 Frankford Lake Circle
Dallas, TX 75252-7949

Texas Workforce Commission
101 East 15th Street
Austin, TX 78778-0001

U. S. Attorney
110 N. College Ave.
Suite 700
Tyler, TX 75702-0204

```
U. S. Trustee's Office          U.S. Attorney General          US Trustee
110 N. College Street           Department of Justice          Office of the U.S. Trustee
Suite 300                       Main Justice Building           110 N. College Ave.
Tyler, TX 75702-7231            10th & Constitution Ave., NW    Suite 300
                                Washington, DC 20530-0001       Tyler, TX 75702-7231


Yulin Zhu
Zhongzhong Xie
4424 Riptide Lane
Plano, TX 75024-7044
```

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

```
Comptroller of Public Accts
Rev Acctg Div/Bankruptcy Dept
PO BOX 13528
Austin, TX 78711
```

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

```
(d)3:10 Capital Investments      (u)3:10 Capital Investments, LP    (d)James Heltcel
P.O. Box 2525                                                        184 Hirth
Fort Worth, TX 76113-2525                                           Crowley, TX 76036-3672


(d)Linda Embry                    (d)Luis Lopez                      (d)Lynette Leber
7459 Havenridge Lane              4220 Stanford Avenue               4601 Kaitlyn Lane
Kaufman, TX 75142-7150            Dallas, TX 75225-6931              Grapevine, TX 76051-8433


(d)Mark Holley                    (d)Nicholas Leber                  (d)Paula Dennie
124 Spring Branch Road            4601 Kaitlyn Lane                  195 FM Highway 3039
Tool, TX 75143-8499               Grapevine, TX 76051-8433           Seagoville, TX 75159


(d)Paula Izzard                   (d)Glynna Pinkard                  (d)Robert Bowie
4420 Cedarbrush Drive             2506 Canyon Creek Dr.              4618 San Gabriel
Dallas, TX 75229-2901             Richardson, TX 75080-2106          Dallas, TX 75229-4231


(d)Dean Spingola                  (d)Stoney Johnson                  (d)Thurman Alexander
2105 Estes Park Rd.               3007 Azle Highway                  4910 Dublin Creek Lane
Southlake, TX 76092-3836          Weatherford, TX 76085-8933         Parket, TX 75002
```

(d)Lonnie Tucker
505 Simons
Waco, TX 76706-5830

End of Label Matrix
Mailable recipients     63
Bypassed recipients     16
Total     79

Label Matrix for local noticing
0540-4
Case 16-40521
Eastern District of Texas
Sherman
Mon Jul 11 16:54:00 CDT 2016

3:1 Capital Investments
P.O. Box 2525
Fort Worth, TX 76113-2525

AGAP LS 309, LLC
5605 FM 423
Suite 500-123
Frisco, TX 75034-8960

AGAP LS 409, LLC
c/o Lusky & Associates, PC
12720 Hillcrest Rd., Ste. 270
Dallas, TX 75230-2158

AGAP LS 409, LLC
5605 FM 423, Ste. 500-123
Frisco, TX 75034-8960

AGAP Life Offerings, LLC
5605 FM 423
Suite 500-123
Frisco, TX 75034-8960

AGAP Life Offerings, LLC
10567 Buccaneer Point
Frisco, TX 75034-9263

Alan Wharry
2513 Winfield
Plano, TX 75023-7816

Charles Alberga
406 Ave. A
Melbourne Beach, FL 32951-2203

Albert Joe Quaedvlieg
Attn: Gail Vetrone
8290 Bob O Link Drive
West Palm Beach, FL 33412-2406

Leonard Allgood
P.O. Box 860316
Plano, TX 75086-0316

Attorney General of Texas
Bankruptcy Division
PO Box 12548
Austin, TX 78711-2548

Sherri Bain
518 E. Gaston Dr.
Wylie, TX 75098-4529

Bedford Combs
1004 Cumberland Park Drive
Franklin, TN 37069-5107

Billy Joe Ross
110 Cayuga Trail
Lake Kiowa, TX 76240-9223

Bin Zhang
1061 Hopewell Drive
Allen,Texas 75013-5621

Charles D. Madden
10567 Buccaneer Point
Frisco, TX 75034-9263

Charles Huffman
103 Grande Lane
#309-409
Gun Barrel City, TX 75156-5296

Charles Shaver
1609 Alder Drive
Montrose, CA 81401-5791

J. Mark Chevallier
McGuire, Craddock & Strother, P.C.
2501 N. Harwood, Suite 1800
Dallas, TX 75201-1613

(p)TEXAS COMPTROLLER OF PUBLIC ACCOUNTS
REVENUE ACCOUNTING DIV - BANKRUPTCY SECTION
PO BOX 13528
AUSTIN TX 78711-3528

Dean Spingola
2105 Estes Park Road
Southlake, TX 76092-3836

Dennis Spingola
103 Oakview Drive
Cranberry Township, PA 16066-2315

Enrico Lelina
220 Prism Lane
McKinney, TX 75070-5869

Green Bank
4000 Green Briar
Houston, TX 77098-5204

Green Bank, N.A.
c/o Gardere Wynne Sewell LLP
1601 Elm Street
Suite 3000
Dallas, TX 75201-4757

Harry Berg
1403 Woodoak Drive
Richardson, TX 75082-4505

Harvey Lamar Morris
1531 El Camino Circle
Princeton, TX 75407-6754

Internal Revenue Service
Centralized Insolvency
PO Box 7346
Philadelphia, PA  19101-7346

Internal Revenue Service
Mail Code DAL-5020
1100 Commerce Street
Dallas, Texas 75242-1100

J. Mark Chevallier, Esq.
James G. Rea, Esq.
McGuire, Craddock & Strother, P.C.
2501 N. Harwood, Suite 2500
Dallas, TX 75201-1615

James Stover
Jackie Stover
916 Riviera Drive
Mansfield, TX 76063-3713

Jane Scheidler
330 Bedell Street
Bertram, Texas 78605-4632

Jeffrey N. Madden
11180 Windjammer Drive
Frisco, TX 75034-9268

Joel Majors
4130 Azalea Lane
Garland, TX 75043-2345

Jonathan Watkins
2616 Royal Birkdale Drive
Plano, TX 75025-5068

Joseph Jenkins
2109 Castle Creek Drive
Mansfield, TX 76063-5331

Robert Kane
980 Overland Dr.
McKinney, TX 75069-0996

Nancy Kennedy
8808 Wakefield Dr.
McKinney, TX 75070

Kenneth McGovern
Charlotte McGovern
8805 Sarasota Drive
Denton, TX 76207-6829

Kevin S. Wiley, Jr.
The Wiley Law Group, PLLC
325 N. St. Paul Street
Suite 4400
Dallas, TX 75201-3880

Rachel Kingrey
Gardere Wynne Sewell LLP
1601 Elm St., Ste. 3000
Dallas, TX 75201-4761

Lynette Leber
4601 Kaitlyn Ln.
Grapevine, TX 76051-8433

Nicholas Leber
4601 Kaitlyn Ln.
Grapevine, TX 76051-8433

Joyce W. Lindauer
12720 Hillcrest Road
Suite 625
Dallas, TX 75230-2163

Linebarger Goggan Blair & Sampson
2777 N. Stemmons Freeway
Suite 1000
Dallas, TX 75207-2328

Luis Lopez
4220 Stanford Ave.
Dallas, TX 75225-6931

Herman A. Lusky
12720 Hillcrest Rd., Ste. 270
Dallas, TX 75230-2158

Margaret Diana Cawthorn
1101 Princeton Drive
Richardson, TX 75081-3616

Mark Holley
124 Spring Branch Road
Tool, TX 75143-8499

Kenneth J. McGovern
c/o the Wiley Law Group
325 North St Paul Street
Suite 4400
Dallas, Te  75201-3880

Mark C. Moore
Gardere Wynne Sewell LLP
1601 Elm St., Ste. 3000
Dallas, TX 75201-4761

Harvey Lamar Morris
1531 El Camino Cr.
Princeton, TX 75407-6754

Nancy Kennedy
8608 Wakefield Drive
McKinney, TX 75070-4854

Patricia Smith
6924 Council Drive
Plano, TX 75023-1022

Albert Joe Quaedvileg
Attn: Gail Velrone
8290 Bob O Link Dr.
West Palm Beach, FL 33412-2406

James G. Rea
McGuire, Craddock & Strother, P.C.
2501 N. Harwood, Suite 1800
Dallas, TX 75201-1613

Richard Hanson
2879 Remington Road
The Villages, FL 32162-3310

Roberta Gardner
6107 Beechwood Trace
Cumming, GA 30040-9532

Marcus Salitore
US Trustee Office
110 N. College Ave., Room 300
Tyler, TX 75702-7231

Jane Scheidler
330 Bedell St.
Bertran, TX 78605-4632

William Shipp
2621 Timbercreek Dr.
Plano, TX 75075-3124

William (Bill) Smith
6924 Council Dr.
Plano, TX 75023-1022


Wayne Strenger
2520 Skiles Dr.
Plano, TX 75075-7414

Susan Holley
18351 Frankford Lake Circle
Dallas, TX 75252-7949

Susan Shipp
2621 Timbercreek Drive
Plano, TX 75075-3124


Texas Workforce Commission
101 East 15th Street
Austin, TX 78778-0001

Thurman Alexander
4910 Dublin Creek Lane
Parker, TX 75002

U. S. Attorney
110 N. College Ave.
Suite 700
Tyler, TX 75702-0204


U. S. Trustee's Office
110 N. College Street
Suite 300
Tyler, TX 75702-7231

U.S. Attorney General
Department of Justice
Main Justice Building
10th & Constitution Ave., NW
Washington, DC 20530-0001

US Trustee
Office of the U.S. Trustee
110 N. College Ave.
Suite 300
Tyler, TX 75702-7231


Kevin S. Wiley Jr.
Law Offices of Kevin S. Wiley Jr
2700 Fairmount Street
Suite 120
Dallas, TX 75201-2093

Yulin Zhu
4424 Riptide Lane
Plano, TX 75024-7044

Bin Zhang
1600 Los Altos Court
Arlington, TX 76006-6516


The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).


Comptroller of Public Accts
Rev Acctg Div/Bankruptcy Dept
PO BOX 13528
Austin, TX 78711


The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.


(d)3:10 Capital Investments
P.O. Box 2525
Fort Worth, TX 76113-2525

(u)3:10 Capital Investments, LP

(d)Charles Alberga
406 Avenue A
Melbourne Beach, FL 32951-2203


(d)Charles Huffman
103 Grande Ln.
#309-409
Gun Barrel City, TX 75156-5296

(d)Leonard Allgood
P.O. Box 860316
Plano, TX 75086-0316

(d)Luis Lopez
4220 Stanford Avenue
Dallas, TX 75225-6931

(d)Lynette Leber
4601 Kaitlyn Lane
Grapevine, TX 76051-8433

(d)Nicholas Leber
4601 Kaitlyn Lane
Grapevine, TX 76051-8433

(d)Robert Kane
980 Overland Drive
McKinney, TX 75069-0996

(d)Sherri Bain
518 E. Gaston Drive
Wylie, TX 75098-4529

(d)Patricia Smith
6924 Council Dr.
Plano, TX 75023-1022

(d)Dennis Spingola
103 Oakview Dr.
Cranberry Township, PA 16066-2315

(d)Jonathan Watkins
2616 Royal Birkdale Dr.
Plano, TX 75025-5068

(d)Wayne Strenger
2520 Skiles Drive
Plano, TX 75075-7414

(d)Alan Wharry
2513 Winfield
Plano, TX 75023-7816

(d)William (Bill) Smith
6924 Council Drive
Plano, TX 75023-1022

(d)William Shipp
2621 Timbercreek Drive
Plano, TX 75075-3124

End of Label Matrix
Mailable recipients    74
Bypassed recipients    17
Total                  91

Label Matrix for local noticing
0540-4
Case 16-40532
Eastern District of Texas
Sherman
Mon Jul 11 16:54:35 CDT 2016

3:1Capital Investments
P.O. Box 2525
Fort Worth, TX 76113-2525

AGAP LS 409, LLC
c/o Lusky & Associates, PC
12720 Hillcrest Rd., Ste. 270
Dallas, TX 75230-2158

AGAP LS 409, LLC
5605 FM 423, Ste. 500-123
Frisco, TX 75034-8960

AGAP LS 509, LLC
10567 Buccaneer Point
Frisco, TX 75034-9263

AGAP Life Offerings, LLC
5605 FM 423
Suite 500-123
Frisco, TX 75034-8960

AGAP Life Offerings, LLC
10567 Buccaneer Point
Frisco, TX 75034-9263

Charles Alberga
406 Ave. A
Melbourne Beach, FL 32951-2203

Thurman Alexander
4910 Dublin Creek Ln.
Parket, TX 75002

Attorney General of Texas
Bankruptcy Division
PO Box 12548
Austin, TX 78711-2548

Harry Berg
1403 Woodoak Dr.
Richardson, TX 75082-4505

Billy Joe Ross
110 Cayuga Trail
Lake Kiowa, TX 76240-9223

Bin Zhang
1061 Hopewell Drive
Allen,Texas 75013-5621

Charles D. Madden
10567 Buccaneer Point
Frisco, TX 75034-9263

Charles Shaver
1609 Alder Drive
Montrose, CO 81401-5791

Charlotte McGovern
8805 Sarasota Drive
Denton, TX 76207-6829

J. Mark Chevallier
McGuire, Craddock & Strother, P.C.
2501 N. Harwood, Suite 1800
Dallas, TX 75201-1613

(p)TEXAS COMPTROLLER OF PUBLIC ACCOUNTS
REVENUE ACCOUNTING DIV - BANKRUPTCY SECTION
PO BOX 13528
AUSTIN TX 78711-3528

Dean Spingola
2105 Estes Park Road
Southlake, TX 76092-3836

Melvin Dunlap
1817 West Hunt St.
Sherman, TX 75092-5338

Enrico Lelina
220 Prism Lane
McKinney, TX 75070-5869

Eric Xiao-Yang Yu
1600 Los Altos Court
Arlington, TX 76006-6516

Sidney Fisher
3812 Curt Dr.
Arlington, TX 76016-3105

Glynna Pinkard
2506 Canyon Creek Drive
Richardson, TX 75080-2106

Green Bank
4000 Green Briar
Houston, TX 77098-5204

Green Bank, N.A.
c/o Gardere Wynne Sewell LLP
1601 Elm Street
Suite 3000
Dallas, TX 75201-4757

Gwendolyn Jordan
5912 Encore Drive
Dallas, TX 75240-4760

Harvey Lamar Morris
1531 El Camino Circle
Princeton, TX 75407-6754

Mark Holley
124 Spring Branch Rd.
Tool, TX 75143-8499

Susan Holley
18351 Frankford Lake Cr.
Dallas, TX 75252-7949

Horace Neely
Luanne Neely
P.O. Box 1438
Marshall, TX 75671-1438

Hugh Mink
569 Browning
Kilgore, TX 75662-0875

Internal Revenue Service
Centralized Insolvency
PO Box 7346
Philadelphia, PA  19101-7346

Internal Revenue Service
Mail Code DAL-5020
1100 Commerce Street
Dallas, Texas 75242-1100

Paula Izzard
4420 Cedarbrush Dr.
Dallas, TX 75229-2901

J. Mark Chevallier, Esq.
James G. Rea, Esq.
McGuire, Craddock & Strother, P.C.
2501 N. Harwood, Suite 2500
Dallas, TX 75201-1615

Jacob Jenkins
2109 Castle Creek Drive
Mansfield, TX 76063-5331

James Stover
Jackie Stover
916 Riviera Drive
Mansfield, TX 76063-3713

Jeffrey N. Madden
11180 Windjammer Drive
Frisco, TX 75034-9268

Jerry Edward Farmer
1907 Chartwell
Murfreesboro, TN 37130-5931

Walter Edward Jordan
5912 Encore Dr.
Dallas, TX 75240-4760

Nancy Kennedy
8808 Wakefield Dr.
McKinney, TX 75070

Rachel Kingrey
Gardere Wynne Sewell LLP
1601 Elm St., Ste. 3000
Dallas, TX 75201-4761

Lynette Leber
4601 Kaitlyn Ln.
Grapevine, TX 76051-8433

Nicholas Leber
4601 Kaitlyn Ln.
Grapevine, TX 76051-8433

Joyce W. Lindauer
12720 Hillcrest Road
Suite 625
Dallas, TX 75230-2163

Linebarger Goggan Blair & Sampson
2777 N. Stemmons Freeway
Suite 1000
Dallas, TX 75207-2328

Luis Lopez
4220 Stanford Ave.
Dallas, TX 75225-6931

Herman A. Lusky
12720 Hillcrest Rd., Ste. 270
Dallas, TX 75230-2158

Margaret Diana Cawthorn
1101 Princeton Drive
Richardson, TX 75081-3616

Mary Elizabeth Morris
1531 El Camino Circle
Princeton, TX 75407-6754

Mark C. Moore
Gardere Wynne Sewell LLP
1601 Elm St., Ste. 3000
Dallas, TX 75201-4761

Harvey Lamar Morris
1531 El Camino Cr.
Princeton, TX 75407-6754

Mary Elizabeth Morris
1531 El Camino Cr.
Princeton, TX 75407-6754

Nancy Kennedy
8608 Wakefield Drive
McKinney, TX 75070-4854

Horace Neely
Luanne Neely
8898 FM Rd. 449
Hallsville, TX 75650-2530

Pamela Trentadue
26325 Clarkston Drive
Bonita Springs, FL 34135-2312

James G. Rea
McGuire, Craddock & Strother, P.C.
2501 N. Harwood, Suite 1800
Dallas, TX 75201-1613

Richard Hanson
2879 Remington Road
The Villages, FL 32162-3310

Ruby Zipoy
911 Melrose Drive
Richardson, TX 75080-4004

Russell Hill
608 N. Highway 1417
Sherman, TX 75092-7643

Marcus Salitore
US Trustee Office
110 N. College Ave., Room 300
Tyler, TX 75702-7231

Sharon Mathews
616 Mozart Way
McKinney, TX 75070-3210


Sidney C. Fisher
3812 Curt Drive
Arlington, TX 76016-3105

Susan Holley
18351 Frankford Lake Circle
Dallas, TX 75252-7949

Texas Workforce Commission
101 East 15th Street
Austin, TX 78778-0001


Thurman Alexander
4910 Dublin Creek Lane
Parker, TX 75002

U. S. Attorney
110 N. College Ave.
Suite 700
Tyler, TX 75702-0204

U. S. Trustee's Office
110 N. College Street
Suite 300
Tyler, TX 75702-7231


U.S. Attorney General
Department of Justice
Main Justice Building
10th & Constitution Ave., NW
Washington, DC 20530-0001

US Trustee
Office of the U.S. Trustee
110 N. College Ave.
Suite 300
Tyler, TX 75702-7231

Venus Wills
2201 Le Mans Drive
Carrollton, TX 75006-4334


Bin Zhang
1600 Los Altos Court
Arlington, TX 76006-6516

Zhongzhong Xie
4424 Riptide Lane
Plano, TX 75024-7044


The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).


Comptroller of Public Accts
Rev Acctg Div/Bankruptcy Dept
PO BOX 13528
Austin, TX 78711


The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.


(d)3:10 Capital Investments
P.O. Box 2525
Fort Worth, TX 76113-2525

(u)3:10 Capital Investments, LP

(d)Charles Alberga
406 Avenue A
Melbourne Beach, FL 32951-2203


(d)Harry Berg
1403 Woodoak Drive
Richardson, TX 75082-4505

(d)Luis Lopez
4220 Stanford Avenue
Dallas, TX 75225-6931

(d)Lynette Leber
4601 Kaitlyn Lane
Grapevine, TX 76051-8433

(d)Mark Holley
124 Spring Branch Road
Tool, TX 75143-8499

(d)Melvin Dunlap
1817 West Hunt Street
Sherman, TX 75092-5338

(d)Nicholas Leber
4601 Kaitlyn Lane
Grapevine, TX 76051-8433

(d)Paula Izzard
4420 Cedarbrush Drive
Dallas, TX 75229-2901

(d)Glynna Pinkard
2506 Canyon Creek Dr.
Richardson, TX 75080-2106

(d)Pamela Trentadue
26325 Clarkston Dr.
Bonita Springs, FL 34135-2312

(d)Walter Edward Jordan
5912 Encore Drive
Dallas, TX 75240-4760

(d)Hugh Wink
569 Browning
Kilgore, TX 75662-0875

End of Label Matrix
Mailable recipients    73
Bypassed recipients    14
Total                  87

## <u>DECLARATION OF BILL SHORT</u>

STATE OF TEXAS          )
                        )
COUNTY OF DALLAS        )

1.      "My name is Billy ("Bill") A. Short.  I am over eighteen (18) years of age and I am a CPA licensed in the state of Texas.  I am associated with the CFO advisory firm of SeatonHill Partners, LLC as a partner, however, I as providing CRO services to the Debtor, AGAP Life Offerings LLC, et al, outside and separate and apart from SeatonHill, with the full knowledge of the management of SeatonHill.  My office is located at 5646 Milton Street, Suite 716, Dallas, Texas  75225.  I have never been convicted of a crime and am fully competent to make this Declaration.  I have personal knowledge of the facts stated herein and they are all true and correct.

2.      Neither Bill Short nor SeatonHill not have a pre-petition balance due from the Debtors and do not hold a claim against any of the Debtors for services provided prior to the filing of these bankruptcy cases.

3.      To the best of my knowledge, each member and associate of my firm is presently a disinterested person as defined in Section 101 (13) of the Bankruptcy Code.

4.      Neither Bill Short nor SeatonHill are a creditor nor an insider of the Debtors or an employee of the office of the U.S. Trustee.

5.      The proposed Engagement Agreement is attached hereto as Exhibit "1" and incorporated herein by this reference as if set forth in full for all purposes.

6.      My resume is attached is attached hereto as Exhibit "2" and incorporated herein by this reference as if set forth in full for all purposes.


**EXHIBIT "A"**

I hereby make the foregoing statements under the penalty of perjury and they are all true and correct.

      EXECUTED this _____ 11th _____ day of July, 2016.

                                _Bill Short_____

                                Bill Short

**Bill Short, CPA**
5646 Milton Street, Suite 716
Dallas, Texas  75206
214.213.4622
bill.short@flash.net

**Services Agreement**

July 11, 2016

AGAP Life Offerings, LLC
Attn:  Jeffrey Madden, Managing Member
5605 FM 423
Suite 500-123
Frisco, TX  75034

Dear Mr. Madden:

I am pleased that AGAP Life Offerings, LLC and its affiliated companies, (the "Company," "you" or "your") desires to engage me to provide various consulting and advisory services as its Chief Restructuring Officer ("CRO" or "Consultant") during the course of the Company's Chapter 11 bankruptcy proceeding. We mutually understand and agree that this Services Agreement is ultimately subject to the approval of the U.S. Bankruptcy Court upon a motion and hearing before the court.  This letter, along with the CRO services to be provided as summarized in attached Exhibit A and the terms and conditions attached as Exhibit B (collectively, the "Agreement"), confirms our mutual understanding upon which I will make my services available to you.

Effective upon approval of this agreement by the U.S. Bankruptcy court, which is expected to be considered by the court in early August 2016, the Consultant will commence work as the CRO for the Company, which will be compensated on an hourly basis.  Subject to the provisions and conditions included in Exhibit A, the Consultant will work closely with you in the performance of the CRO services.

<u>Compensation</u>

The compensation due to Consultant is as follows:

You will pay directly to Consultant a fee of $175.00 per hour (the "Fees") for the services as CRO.

The Company will also reimburse Consultant for reasonable and customary travel, meals and expenses required to perform its services, including mileage at the IRS published rate per mile.

Payments for services should be made in accordance with the instructions set forth on Exhibit B.  We understand, however, that billings may subject to approval by the Bankruptcy Court and our billings will be provided monthly in accordance with requirements under the Court's local rules for the services of professionals.

<u>Retainer</u>

A retainer of $5,000.00 will be payable upon approval of this Agreement by the bankruptcy court and will be applied to billings for services provided under this Agreement and as approved by the bankruptcy court.

1

**EXHIBIT "1"**

At the conclusion or dismissal of the bankruptcy proceeding of the Debtor, management of the Debtor and Consultant will negotiate for continued financial advisory services to the Debtor from Consultant in the capacity as a Chief Financial Officer ("CFO") on a part-time or fractional basis, on such terms and conditions as may be agreed by Consultant and the Company.

I appreciate the opportunity to serve you and believe this Agreement accurately reflects our mutual understanding.  If the foregoing is in accordance with your understanding, please sign a copy of this Agreement and return it to my attention.

Sincerely,

_____

Bill Short
Consultant

**Accepted and agreed:**

Date: _____

By:_____
Name: Jeffrey Madden

Title:_____

2

## EXHIBIT A

### CRO SERVICES TO BE PROVIDED

Bill Short will provide the financial advisory services as CRO (the "Services") to the Company, which include:

- Preparation of amendments to schedules and the statement of financial affairs and monthly operating reports to support the Chapter 11 case administration;
- Review and assessment of cash flow forecasting and projection processes and the monitoring of actual cash flow versus projections;
- Prepare updated cash flow projections as needed to be filed with the court;
- Assist in preparing and assembling information for exhibits to motions for relief that may be filed with the court;
- Provide testimony in bankruptcy court hearings as required;
- Administer post-petition banking facilities;
- Review ongoing strategic initiatives and assess financial and liquidity impact;
- Negotiate/Communicate with lenders, creditors and stakeholders during the bankruptcy proceeding;
- Coordinate sales of assets, as may be required;
- Direct operations with management including oversight and approval of disbursements, and approval of all contracts and administrative services;
- Preparation of periodic progress reports and review financial results with stakeholders and lenders;
- Engage personnel and professionals as may be required for orderly administration of bankruptcy case and the Company; and
- Such other duties as mutually agreed upon or otherwise approved by the Court.

For purposes of performing the Services, the CRO shall be given full and complete access to the Debtor's premises, books, records, and computer systems, and the CRO will take steps where he deems necessary to document and establish procedures and routines in order to assure uninterrupted and accurate reporting to stakeholders. Additionally, the CRO expects to get assistance from Jeffrey and Charles Madden, the Managers of AGAP, in the performance of his services as CRO.

## Exhibit B

### Terms and Conditions

**1.      Relationship of the Parties.**  The parties agree that the Consultant will be serving the Company as an independent contractor for all purposes and not as an employee, agent, partner of, or joint venturer with the Company.

**2.      Payment Terms**.  Payments to Consultant should be made by check payable to Bill Short and mailed to Bill Short at 5646 Milton St., Suite 716 Dallas, Texas 75206.  Any retainer approved by the bankruptcy court and paid at the commencement of services by the Debtor will be deducted from the amounts later invoiced and due to Consultant, beginning with the first billing period.

**3.      Work Product.**

(i)  The Company acknowledges and agrees that any written reports, analyses, statistics, assessments, plans, forecasts, recommendations, studies or other written work product prepared by Consultant pursuant to this engagement (collectively, "Work Product") is confidential and proprietary and is for the Company's exclusive use and may not be distributed or provided to, shared with or disclosed to any other party or person, without Consultant's prior written consent.  Furthermore, the Work Product may not be relied upon by any other party or person, for any reason whatsoever and may not be utilized for any other purpose except for those specifically contemplated herein.  Upon full payment of all amounts due to us in connection with this engagement, the work product embodied in the deliverables set out in this engagement letter will become your sole and exclusive property, except as set forth below.  This provision does not include documents that are required for filing with the Court or the Office of the U.S. Trustee.

(ii)  Consultant and the Company acknowledge and agree that any written reports, analyses, statistics, assessments, plans, forecasts, recommendations, studies or other written work product prepared by Consultant pursuant to this engagement (collectively, "Work Product") is confidential and proprietary and is for the Company's exclusive use and may not be distributed or provided to, shared with or disclosed to any other party or person, without Consultant's prior written consent.  Consultant further acknowledges that portions of its work product will be filed with the United States Trustee in connection with the pending Chapter 11 case and that any such filings will not constitute confidential Work Product.   The Work Product may not be relied upon by any other party or person, for any reason whatsoever and may not be utilized for any other purpose except for those specifically contemplated herein.  This provision does not include documents that are required for filing with the Court or the Office of the U.S. Trustee.

**4.      Governing Law.** This Agreement will be governed by and construed in accordance with the laws of the State of Texas, without regard to conflicts of laws' provisions.

**Bill Short**
**Partner, SeatonHill**

Bill provides financial and operational leadership to companies in the role as interim or fractional CFO. He has over thirty-five years of experience in finance, accounting, and operational management in public and private companies across multiple industries, with an emphasis for several years in the upstream and midstream segments of the energy industry. In addition to energy, he has significant industry experience in manufacturing, distribution, waste management, and public accounting. Bill has directed financial operations for companies with diversified operations, including those in high growth and in stressed, turnaround situations.  He has been heavily involved in multiple situations involving financial restatements, M&A transactions, financings, systems and controls clean-up and implementation, forensic accounting and litigation support.  He has served as court-appointed trustee in multiple Ch. 11 cases.

_____

Bill has provided interim and fractional CFO services since 1998 while with CFO advisory firms, including Tatum, Blackbriar and now SeatonHill. Companies have included small and mid-cap companies, public and private, and in multiple industries, and for the last 10 years with a focus in the energy sector. Especially during this recent period, he has worked with companies for improvements in financials, processes and operations in preparation for sale, capitalization or re-cap. He has also assisted companies in obtaining capital for exploration and production. He led a team of professionals in financial restatements covering five years for an international E&P company exploring in South Texas.

Bill served as a partner from 1998 to 2010 in the executive financial services practice of Tatum, LLC, a national organization of senior financial executives providing strategic financial services targeted to small and mid-cap companies, emerging growth companies and companies in transition. Significant engagements included serving as CAO for PostRock Energy, a distressed publicly-traded E&P company; serving as EVP-Finance for FTS Int'l during a high growth period where he was instrumental in completing a $250 million debt facility with a syndicate of banks, team-lead for implementing systems and people for financial controls and improved financial reporting, and orchestrated a state tax strategy that resulting in refunds of $15mil+ and ongoing savings of even larger amounts.

As a Tatum Partner, Bill served in numerous executive positions providing strategic business and operational leadership, debt and equity financing, mergers and acquisitions, due diligence and integration, SEC reporting and compliance, managing lender and shareholder relationships, tax compliance and litigation support.  He has extensive turnaround management experience, troubled debt restructuring, and held court-appointed fiduciary positions in multiple bankruptcy cases.

Prior to joining Tatum, Bill provided consulting and management services principally to companies in the oil and gas, manufacturing, and solid waste management industries.  His responsibilities in these engagements included financial reporting, SEC filings, acquisition due diligence and accounting, tax accounting and business planning. He also provided advisory and business planning services to National Oilwell (now Varco) and Dover Industries related to the acquisition of an oilfield equipment company located in South America.

EXHIBIT "2"

He served as Vice President, Treasurer and CFO of National Energy Group, Inc., a publicly-traded oil and gas company growing through mergers and acquisitions.  While at National Energy Bill was instrumental in the completion of two significant acquisitions, successfully integrated the operations of the acquired enterprises, lead the implementation of all new accounting, control systems and SEC reporting following a reverse merger transaction.  Previously, he provided advisory services for the financial restructuring of a publicly traded gas transportation and processing company, Cornerstone Natural Gas.

Prior to his tenure at National Energy, Bill served as CFO of Commonwealth Resources, a Dallas based private oil and gas business; and as Controller and Treasurer for Comstock Resources, Inc. Mr. Short had principal accounting and reporting responsibility at Comstock during a rapid growth period, including a successful SEC '33 Act registration statement following a merger, numerous acquisition transactions, and a financial restatement.

Prior to Comstock, Bill was the managing partner in a consulting and accounting firm in Midland, Texas, a firm he founded and later sold upon moving to Dallas. Over a period of 6 years previous, he served in controller and treasurer positions for oilfield service subsidiaries of large U.S. public companies located in Texas' Permian Basin.

Education and Certifications

- Bachelor of Business Administration in Accounting, University of Central Arkansas
- Certified Public Accountant – State of Texas
- Completed requirements as a Certified Turnaround Professional

Affiliations and Memberships

- American Institute of Certified Public Accountants
- Turnaround Management Association
- Petroleum Engineers Club of Dallas

Contact Information:

Mobile: 214.213.4622

Fax: 214.236.0038

Email: bill.short@SeatonHill.com (or bshort@flash.net)