Eric A. Liepins
Eric A. Liepins, P.C.
12770 Coit Road
Suite 1100
Dallas, Texas 75251
(972) 991-5591
(972) 991-5788 - telecopier

Attorney for Thurman Alexander, Shelby Bain, Sherry Bain, Harry Berg, Robert Bowie, Glen Bowles, Susan Bowles, Darrell Campbell, Judith Campbell, Margaret Cawthron, Henry Choate, Susan Choate, Roy Clark, Shirley Conyers, Steve Dallas, James Davitt, Paula Dennie, Linda Embry, Eric Yu, Sid Fisher, Noel Funderburk, Sandra Funderburk, William Green, Bryan Hall, Gregory Heintz, Tyler Helteel, Russell Hill, Mark Holley, Susan Holley, Gary Hughes. Joseph Jenkins, Stoney Johnson, Robert Kane, Nancy Kennedy, Lynette Leber, Nick Leber, Enrico Lelina, Leon Leline, Luis Lopez, Kim Lopez, Neel Lyon, Paul Lyon, John McDonnell, Patricia McDonnell, Barbara Moore, Thomas Moore, Wylie Moore, Harvey Morris, Mary Elizabeth Morris, Elizabeth Morton, Scott Muls, Horace Neely, Douglas Powell, Gail Vetrong Quaedvileg, Luis Quiroga, Dennis Renfro, William Roberson, Billy Ross, Susan Shipp, William Shipp, Patrica Smith, William Smith, Dean Spingola, Dennis Spingola, Mary Jo Streib, Wayne Stenger, Pamela Tronadue, Jonothan Watkins, Alan Wharry, Zhongzhong Xie, Bin Zhang, Yulin Zhu, Roger Zipoy and Ruby Zipoy

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN  DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| AGAP LIFE OFFERINGS, LLC | § | Case no. 16-40520-11 |
| | § | (Jointly Administered) |
| | § | |
| DEBTOR | § | |

JOINDER IN MOTION TO APPOINT CHIEF RESTRUCTURING OFFICER

TO THE HONORABLE UNITED STATES BANKRUPTCY JUDGE BRENDA T. RHOADES:

COMES NOW, Thurman Alexander, Shelby Bain, Sherry Bain, Harry Berg, Robert

Bowie, Glen Bowles, Susan Bowles, Darrell Campbell, Judith Campbell, Margaret Cawthron,

Henry Choate, Susan Choate, Roy Clark, Shirley Conyers, Steve Dallas, James Davitt, Paula

Dennie, Linda Embry, Eric Yu, Sid Fisher, Noel Funderburk, Sandra Funderburk, William Green, Bryan Hall, Gregory Heintz, Tyler Helteel, Russell Hill, Mark Holley, Susan Holley, Gary Hughes. Joseph Jenkins, Stoney Johnson, Robert Kane, Nancy Kennedy, Lynette Leber, Nick Leber, Enrico Lelina, Leon Leline, Luis Lopez, Kim Lopez, Neel Lyon, Paul Lyon, John McDonnell, Patricia McDonnell, Barbara Moore, Thomas Moore, Wylie Moore, Harvey Morris, Mary Elizabeth Morris, Elizabeth Morton, Scott Muls, Horace Neely, Douglas Powell, Gail Vetrong Quaedvileg, Luis Quiroga, Dennis Renfro, William Roberson, Billy Ross, Susan Shipp, William Shipp, Patrica Smith, William Smith, Dean Spingola, Dennis Spingola, Mary Jo Streib, Wayne Stenger, Pamela Tronadue, Jonothan Watkins, Alan Wharry, Zhongzhong Xie, Bin Zhang, Yulin Zhu, Roger Zipoy and Ruby Zipoy creditors and parties in interest in the above styled and numbered cases and filed this their Joinder in Motion to Appoint Chief Restructuring Officer and in support thereof would respectfully show unto the Court as follows:

1.    On July 11, 2016 the Debtor filed a Motion to Appoint Chief Restructuring Officer.

2.    The above creditors join in support of the Motion.

Respectfully submitted,

ERIC A. LIEPINS, P.C.
12770 Coit Road, Suite 1100
Dallas, Texas  75251
(972) 991-5591
(972) 991-5788 - fax

BY: /s/ Eric Liepins
ERIC A. LIEPINS, SBN 12338110
Eric A. Liepins

CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of foregoing Joinder was sent to all creditors on the attached matrix on the 28th day of July, 2016.

_/s/ Eric Liepins___
Eric Liepins