IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| AGAP LIFE OFFERINGS, LLC[1], | § | CASE NO. 16-40520-btr |
| | § | |
| Debtors. | § | (Jointly Administered Under |
| | § | Case No. 16-40520-btr) |

**ORDER GRANTING DEBTOR'S APPLICATION FOR ORDER
AUTHORIZING THE EMPLOYMENT OF BILL SHORT, CPA
AS CHIEF RESTRUCTURING OFFICER**

CAME ON FOR CONSIDERATION the *Debtor's Application for Order Authorizing the Employment of Bill Short, CPA as Chief Restructuring Officer* (the "Application") filed by AGAP Life Offerings, LLC, AGAP LS 309, LLC, AGAP LS 108, LLC, AGAP LS 109, LLC, AGAP LS 209, LLC and AGAP LS 509, LLC ("Debtors"). The Court, having reviewed the pleading and arguments of counsel, and for the reasons stated on the record, finds that the Application should be granted as provided in this Order. It is accordingly,

**ORDERED, ADJUDGED, and DECREED** that Bill Short, CPA is hereby approved as Chief Restructuring Officer (the "CRO") for the Debtors effective as of July 28, 2016; it is further

**ORDERED** that the CRO shall be an officer of the companies who has management duties; it is further

**ORDERED** that the Debtors are hereby authorized to pay the CRO's invoices for services rendered at an hourly rate of $175.00 plus reimbursement for all reasonable and

---

[1] The jointly administered cases include AGAP Life Offerings, LLC, Case No. 16-40520-btr; AGAP LS 309, LLC, Case No. 16-40521-btr; AGAP LS 108, LLC, Case No. 16-40529-btr; AGAP LS 109, LLC, Case No. 16-40530-btr; AGAP LS 209, LLC, Case No. 16-40531-btr; and AGAP LS 509, LLC, Case No. 16-40532-btr.

Order Granting Debtor's Application for Order Authorizing the
Employment of Bill Short, CPA as Chief Restructuring Officer
Page 1

customary travel and expenses required to perform his services, including mileage at the IRS published rate per mile; it is further

**ORDERED** that no later than August 10, 2016, the CRO shall prepare a report setting forth a detailed payment history of life insurance policy premiums during the bankruptcy proceedings, including which policies have been paid, by whom they were paid and from what sources of funds and accounts, and the status of the purported ownership of the life insurance policies by the Debtor entities; it is further

**ORDERED** that the CRO will investigate, if warranted, any irregularities that may come to the attention of the CRO during the course of providing his services; it is further

**ORDERED** that upon entry of this Order the Debtors are hereby authorized to pay to the CRO a retainer in the amount of $5,000.00 which may be applied to his invoices for services provided under his professional engagement agreement, which will mirror the duties as described in the Application and this Order and as approved by this Court; it is further

**ORDERED** that the CRO shall maintain detailed contemporaneous records of time and any actual and necessary expenses incurred in rendering his services referenced in the Application and herein.

SIGNED:

Signed on 8/5/2016

_Brenda T. Rhoades_   SR
HONORABLE BRENDA T. RHOADES,
UNITED STATES BANKRUPTCY JUDGE

Submitted by:
Joyce W. Lindauer
State Bar No. 21555700
Joyce W. Lindauer Attorney, PLLC
12720 Hillcrest Road, Suite 625
Dallas, TX 75230
Attorneys for Debtors

Order Granting Debtor's Application for Order Authorizing the
Employment of Bill Short, CPA as Chief Restructuring Officer
Page 2